RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Christopher Diblasio

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00456-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| CHRISTOPHER DIBLASIO, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Christopher Diblasio, that the Revocation Hearing currently scheduled on October 5, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a conflict due to a court appearance in another matter scheduled for the time currently set for the revocation hearing in this matter.

2. The parties need additional time to negotiate a resolution of this matter.

3. The defendant is out of custody.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 27th day of September, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Daniel Schiess<br>DANIEL SCHIESS<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER DIBLASIO,<br><br>Defendant. | Case No. 2:10-cr-00456-APG-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, October 5, 2023 at 1:30 p.m., be vacated and continued to October 17, 2023 at the hour of 1:30 p.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE