RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Christopher Diblasio

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00456-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (Second Request) |
| CHRISTOPHER DIBLASIO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Christopher Diblasio, that the Revocation Hearing currently scheduled on October 17, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     The parties require additional time to negotiate a resolution.

2.     The defendant is out of custody.

3.     The parties agree to the continuance.

1    This is the second request for a continuance of the revocation hearing.

2    DATED this 13th day of October, 2023.

3

4    RENE L. VALLADARES                    JASON M. FRIERSON
     Federal Public Defender               United States Attorney

5

6
     By /s/ Rick Mula                      By /s/ Daniel Schiess
7    RICK MULA                             DANIEL SCHIESS
     Assistant Federal Public Defender     Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00456-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTOPHER DIBLASIO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 17, 2023 at 1:30 p.m., be vacated and continued to November 15, 2023 at the hour of 9:30 a.m. in Courtroom 6C.

DATED this 13th day of October, 2023.

_____

UNITED STATES DISTRICT JUDGE

3