RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
Las Vegas, NV 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Christopher Diblasio

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| United States of America, | Case No. 2:10-cr-00456-APG-VCF-1 |
|---|---|
| Plaintiff, | ORDER GRANTING |
| v. | **Joint Motion to Dismiss Petition** |
| Christopher Diblasio, | |
| Defendant. | |

On October 9, 2024, a petition for supervised release revocation was filed against Defendant Christopher Diblasio.[1] The petition alleged Mr. Diblasio committed a new crime—DUI—in violation of NRS 484C.110, and failed to appear for two drug tests.

---

[1] ECF No. 325.

On February 27, 2025, Probation informed the parties that the toxicology report from Mr. Diblasio's state DUI case came back negative for all substances.[2] As a result, the parties request this Court dismiss the petition without prejudice against Mr. Diblasio.

RENE L. VALLADARES
Federal Public Defender

By: /s/Benjamin F. J. Nemec
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Attorney for Christopher Diblasio

SUE FAHIMI
Acting United States Attorney

By: /s/Daniel Schiess
DANIEL SCHIESS
Assistant United States Attorney

IT IS ORDERED that the petition ECF No. [34] is dismissed, and the March 4, 2025, revocation of supervised release hearing be vacated.

Dated: March 3, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

---

[2] ECF No. 325.